427 A.2d 647

**COMMONWEALTH of Pennsylvania,**

v.

**Jeffrey Charles HARMES, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1981.

Decided April 10, 1981.

George E. Goldstein, Pottstown, for appellant.

Edward F. Browne, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The appeal is dismissed as having been improvidently granted.